UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVISOR'S CAPITAL
INVESTMENTS, INC.,

    Plaintiff,

v.                                   CASE NO: 8:05-cv-404-T-23MAP

CUMBERLAND CASUALTY AND
SURETY COMPANY and
I.G.I.C. MANAGEMENT COMPANY,

    Defendant.
_____/

**ORDER**

United States Magistrate Judge Mark A. Pizzo submits a report and recommendation (Doc. 33) on IGIC Management Company's motion (Doc. 24) to dismiss counts one, two, and three. No party files an objection to the report and recommendation, and the time to file objections has expired. Accordingly, the Magistrate Judge's report and recommendation is **ADOPTED**. IGIC Management Company's motion (Doc. 24) is **GRANTED IN PART AND DENIED IN PART**. The motion to dismiss counts one and two is **DENIED**. The motion to dismiss count three is **GRANTED** and count three is **DISMISSED**.

ORDERED in Tampa, Florida, on May 22, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy